# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Casualty Insurance Company of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TB Excavation LLC,<br><br>　　　　　Defendant. | **NO. CV-18-02645-PHX-SPL**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil, default judgment is hereby entered against Defendant TB Excavation LLC in the amount of $227,139.00 plus costs and interest according to law from the date of judgment until the entire amount is paid.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 5, 2018

　　　　　　　　　　　　　　　s/ L. Dixon
　　　　　　　　　　　　By　Deputy Clerk