# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Casualty Insurance Company of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TB Excavation LLC,<br><br>　　　　　　Defendant. | Case No. CV-18-02645-PHX-SPL<br><br>**AMENDED ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |

　　　　This matter came before the Court pursuant to Plaintiff/Judgment Creditor Travelers Casualty Insurance Company of America's ("Judgment Creditor") Motion for Issuance of Writ of Execution with Supporting Affidavit. Judgment Creditor asks the Court to order the Clerk of this Court to immediately issue a Writ of Execution to enforce satisfaction of Judgment Creditor's Default Judgment against Defendant/Judgment Debtor TB Excavation LLC ("Judgment Debtor"), which Default Judgment was entered by this Court on November 5, 2018.

　　　　After considering Judgment Creditor's motion, and the supporting documentation at ECF No. 18 and ECF No. 19, it appears to the Court that: Judgment Creditor possesses a valid and enforceable judgment against the Judgment Debtor in this District; there is now due and owing by the Judgment Debtor the full amount of the Judgment in the sum of $227,139.00, plus post-judgment interest; the Judgment is unsatisfied and is subject to enforcement by writ of execution; and good cause exists for issuance of such writ.  Therefore,

**IT IS ORDERED that** the Clerk of the Court, for the purpose of enforcing the Judgment in the sum of $227,139.00, plus post-judgment interest, shall execute the attached Writ.

Dated this 8th day of March, 2019.

_____
Camille D. Bibles
United States Magistrate Judge