# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Casualty Insurance Company of America,<br><br>          Plaintiff,<br><br>v.<br><br>TB Excavation, LLC,<br><br>          Defendant. | Case No. 2:18-cv-02645-PHX-SPL |

## WRIT OF EXECUTION

**TO THE MARSHAL OF THE DISTRICT OF ARIZONA**

   YOU HEREBY COMMANDED, that the property, goods, chattels, lands, and tenements of Defendant TB Excavation, LLC, which is in the possession of First International Bank and Trust, 7900 E Raintree Drive, Scottsdale, Arizona 85260, in the form of a bank account, account number 091305031, in your district you cause to be made the sum of two hundred twenty seven thousand one hundred thirty nine dollars and zero cents ($227,139.00), which lately in the United States District Court of the United States for the District of Arizona, Plaintiff Travelers Casualty Insurance Company of America recovered against the said Defendant TB Excavation, LLC, in an action between Travelers Casualty Insurance Company of America and TB Excavation, LLC in which Judgment was entered in favor of Plaintiff Travelers Casualty Insurance Company of America and against Defendant TB Excavation, LLC as appears by the record filed in the Clerk's Office of said District Court on the November 10,

2018, and if sufficient personal property of the said Defendant cannot be found in your District, that then you cause the same to be made out of the real property belong to such Defendant on the above-mentioned day, or at any time therefore, in whose hands so ever the same may be, and return this execution within sixty (60) days after its receipt by you, to the Clerk of said District Court.

**WITNESS**, the Honorable Camille D. Bibles, Judge of the United States District Court, for the District of Arizona, at 3:15 p.m. on the 8th day of March, 2019.

_____
Clerk of the Court

-4-