1  **PAUL S. HARTER, P.C.**
   1599 East Orangewood Avenue, Suite 125
2  Phoenix, Arizona 85020
   Phone: 602-256-0337
3  Paul S. Harter, Bar No. 003592
   pharter@harterlawaz.com
4  Alicia Mykyta, Bar No. 010070
   amykyta@harterlawaz.com
5
   *Attorneys for Travelers Casualty Insurance Company of America*
6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

| Travelers Casualty Insurance Company of America, | Case No. 2:18-cv-02645-PHX-SPL |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO JUDGMENT CREDITOR'S DISCOVERY REQUESTS** |
| v. | |
| TB Excavation, LLC, | |
| Defendant. | |

Judgment Creditor Travelers Casualty Insurance Company of America ("Travelers") by its attorneys undersigned, hereby moves the Court to compel Judgment Debtor TB Excavation, LLC ("TBE"), TBE principal and subpoenaed party Touraj Vedadi ("Vedadi"), and subpoenaed party TB Materials, LLC ("TBM") (TBE, TBM, and Vedadi are hereinafter collectively referenced as the "Post-Judgment Parties") to respond to Travelers' post-judgment discovery demands pursuant to Federal Rule of Civil Procedure 37.

This Motion is accompanied and supported by the Affidavit of Alicia Mykyta, Esq., with exhibits attached hereto, and a Memorandum of Law in Support which sets forth in greater detail the grounds for this Motion and authorities in support thereof. The Motion is further supported by the separate certification of Alicia Mykyta, Esq., of Movant's good faith efforts to obtain discovery pursuant to Rule 37(a)(1).

A proposed form of Order is submitted herewith.

DATED August 28, 2019.

By:  /s/ *Paul S. Harter, Esq*_____
Paul S. Harter, Esq.
*Attorneys for Judgment Creditor*

**CERTIFICATION OF SERVICE**

I hereby certify that, on this 28th day of August, 2019, I electronically filed a true and correct copy of this Motion to Compel Discovery Responses, Affidavit of Alicia Mykyta, Memorandum in Support, Certification of Alicia Mykyta and proposed form of Order using the ECF system which will send notification of such filing to the counsel of record. In addition, courtesy copies of the foregoing will be sent to Defendant, Touraj Vedadi and TB Materials, LLC via USPS First-Class Mail as follows:

>TB Excavation, LLC
>8800 E. Raintree Drive, Suite 145
>Scottsdale, AZ   85260
>
>Touraj Vedadi
>9445 E. Diamond Rim Dr.
>Scottsdale, AZ  85255
>
>TB Materials, LLC
>15403 North 55th St.
>Scottsdale, AZ  85254-8200

s/ <u>*Alicia Mykyta*</u>